## 10301. JACKSON *v.* MULKEY.

BLOODWORTH, J. The judge of the superior court did not err in over-ruling the certiorari.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED OCTOBER 9, 1919.

Certiorari; from Fulton superior court—Judge Pendleton. December 3, 1918.

*R. R. Jackson,* for plaintiff in error. *M. Herzberg,* contra.

## 10304. WALKER *v.* RAWLS.

BLOODWORTH, J. The judge of the superior court did not err in over-ruling the certiorari and affirming the judgment of the court below.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED OCTOBER 9, 1919.

Certiorari; from Fulton superior court—Judge Pendleton. December 27, 1918.

*Moore & Pomeroy, J. C. Savage,* for plaintiff in error.

*Horace Russell,* contra.

## 10313. HUTCHINS *v.* WATKINS *et al.*

BLOODWORTH, J. "The motion for new trial in this case contained the usual general grounds only, and there being evidence to sustain the verdict, this court cannot disturb the finding of the jury by overruling the refusal of the trial judge to grant a new trial upon the ground that the verdict was contrary to evidence or without evidence to support it. *Davis* v. *Kirkland,* 1 *Ga. App.* 5 (58 S. E. 209); *Stricklin* v. *Crawley,* 1 *Ga. App.* 139 (58 S. E. 215); *Charles* v. *Brooker,* 1 *Ga. App.* 219 (58 S. E. 218); *Daughtry* v. *Savannah & Ry. Co.,* 1 *Ga. App.* 393 (58 S. E. 230); *Edge* v. *Thomas,* 9 *Ga. App.* 559 (71 S. E. 875)." *McCarty* v. *Keys,* 19 *Ga. App.* 494 (91 S. E. 875); *Bradham* v. *State,* 21 *Ga. App.* 510 (94 S. E. 618), and cases cited.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED OCTOBER 9, 1919.

Complaint; from Crisp superior court—E. F. Strozier, judge pro hac vice. December 5, 1918.

*J. T. Hill,* for plaintiff in error. *Crum & Jones,* contra.